**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

JOE H. BANDY, III,

              Plaintiff,

v.

DAVID CRIST, JOAN FABIAN,
MR. HOKONSON, KEN THOLE,
JEROME G. SAUER, JOAN [sic]
WING, SEAN SWANSON, and
MATTHEW VANDERVEGT,

              Defendants.

Civil No. 06-2109 (JRT/SRN)

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

---

    Joe H. Bandy, III, #125257, 1000 Lake Shore Drive, Moose Lake, Minnesota 55767, *pro-se*.

    Mark B. Levinger, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL**, 445 Minnesota Street, Suite 1100, St. Paul, Minnesota 55101, for defendant.

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated December 21, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's motion for a preliminary injunction [Docket No. 10] is DENIED.

DATED:  January 29, 2007                              s/John R. Tunheim
at Minneapolis, Minnesota.                            JOHN R. TUNHEIM
                                                      United States District Judge